UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THRESTAN RALPH and DAVID TURAY,

                                    Plaintiffs,

                -against-

CITY OF NEW YORK, THOMAS NAPOLITANO,
Individually, ANTHONY DONALDSON, Individually,
TODD HANSEN, Individually, ROBERT MARTINEZ,
Individually, ADNAN RADONCIC, Individually, and JOHN
and JANE DOE 1 Through 10, Individually (the names John
and Jane Doe being fictitious as the true names are presently
unknown),

                                   Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14CV4668 (WFK) (JO)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
August 24, 2015

BRETT H. KLEIN, ESQ., PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132

By: _____
Brett H. Klein

LEVENTHAL LAW GROUP, P.C.
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, New York 11201
(718) 556-9600

By: _____
Jason Leventhal

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,*
  *Napolitano, Donaldson, Hansen,*
  *Martinez, and Radoncic*
100 Church Street
New York, New York 10007

By: _____
Rhiana Swartz
*Assistant Corporation Counsel*

SO ORDERED:

s/WFK

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: Aug. 24, 2015

2